BOH BROTHERS CONSTRUCTION CO.,
Inc. and the City of Westwego.

No. 49164.

April 11, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

■

208 So.2d 535

Frank J. TRIPOLI

v.

Jack GURRY and Lula Mae Bankston, Divorced Wife of Edward Phillip Gurry.

No. 49135.

April 11, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

208 So.2d 535

Robert L. MORRIS, III, and Reliance Insurance Company of Philadelphia

v.

Rudy KOSPELICH, Cooperative Cab Company, Inc. and Joseph McQueen, Jr.

No. 49141.

April 11, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.